1

2

3

UNITED STATES DISTRICT COURT

4

DISTRICT OF NEVADA

5

* * *

6

JOHNNIE WORD,

Case No. 3:22-cv-00346-ART-CSD

7

Plaintiff,

ORDER

8

v.

EXPERIAN, et al.,

9

Defendants.

10

11      The Complaint in this action was filed on September 16, 2022 (ECF No. 6).

12  The Court issued a notice of intent to dismiss Experian, Equifax and TransUnion

13  under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 16, 2023. (ECF

14  No. 9.)  To date, no such proof of service has been filed.  Accordingly, it is therefore

15  ordered that the claims against Experian, Equifax and TransUnion are dismissed

16  without prejudice.

17      The Clerk of Court is directed to close this case.

18      DATED this 16th day of June 2023.

19

20      _____
        Anne R. Traum

21      United States District Court Judge

22

23

24

25

26

27

28

1